UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAHCOV JOHNSON
    Petitioner,
v.                                    Case No. 3:24cv381/LC/MAL

SHERRY SAULSBERRY,
WARDEN FPC PENSACOLA
    Respondent.
_____/

**ORDER**

On March 4, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed as moot and due to Petitioner's failure to exhaust administrative remedies. (ECF No. 10). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus filed under 28 U.S.C.

§ 2241 (ECF No. 6) is **DISMISSED without prejudice** as moot and for failure to exhaust administrative remedies.

3. The clerk of court is directed to enter judgment accordingly and close this case.

4. The clerk shall send a copy of this Order to Petitioner Johnson at both his address of record and in care of RRM San Antonio, Residential Reentry Office, 727 East Cesar E. Chavez Blvd., Suite B-138, San Antonio TX 78206.

**DONE AND ORDERED** this 21st day of April, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**